JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ZHU HONGJIE,

Plaintiff,

v.

INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS,

Defendant.

Case No. 2:25-cv-09642-SPG-AJR

**JUDGMENT**

On September 9, 2026, the Court granted the Motion to Dismiss filed by Defendant the Internet Corporation for Assigned Names and Numbers ("ICANN") and dismissed Plaintiff Zhu HongJie's ("Plaintiff") Second Amended Complaint in its entirety without leave to amend. (Order, ECF No. 109.) Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Second Amended Complaint, filed at ECF No. 75, is dismissed in its entirety WITH PREJUDICE as to Defendant ICANN.

**IT IS SO ORDERED**

DATED: September 14, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE